UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KIM DIANE KOENIG,

    Plaintiff,

    v.

CITY OF BAINBRIDGE ISLAND, et al.,

    Defendant.

Case No. C10-5700RJB

ORDER GRANTING MOTION TO SEAL PLEADINGS

This matter comes before the court on plaintiff's Motion to Seal Pleadings (Dkt. 54). It appears to the court that Docket Number 44 (Defendant's Responses to Plaintiff's Motions *in Limine*) and Docket Number 45 (Defense Counsel's Declaration in Support of Defendants' Response to Plaintiff's Motions *in Limine*) should be filed under seal pursuant to Evidence Rule 412, subject to further order. Other issues raised by plaintiff's motion (Dkt. 54) will be addressed at trial.

IT IS SO ORDERED.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 14TH day of October, 2011.

*/s/ Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER GRANTING MOTION TO SEAL PLEADINGS - 1