

10-CV-05700-VRDCT

FILED \_\_\_\_ LODGED
\_\_\_\_ RECEIVED
OCT 27 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY \_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

KIM DIANE KOENIG,

    Plaintiff,

v.

CITY OF BAINBRIDGE ISLAND, BAINBRIDGE ISLAND POLICE DEPARTMENT, STEVEN CAIN,

    Defendants.

Case No. CV10-5700RJB

VERDICT FORM

*Original*

We, the jury, find as follows:

1) On plaintiff's Section 1983 claim, we find for

    *defendant Cain*
    (write in "plaintiff" or "defendant Cain")

2) On plaintiff's assault and battery claim, we find for

    *defendants*
    (write in "plaintiff" or "defendants")

VERDICT FORM - 1

3) On plaintiff's false arrest claim we find for

_____ **deferdants** _____
(write in "plaintiff" or "defendants")

Complete Paragraph 4 only if you have found for plaintiff on one or more of her claims.

4) We find plaintiff's damages to be $_____.

Complete paragraph 5 only if you have found for defendants on all of plaintiff's claims.

5) On defendants' malicious prosecution counter-claim, we find for

_____ **plaintiff** _____
(write in "defendant" or "plaintiff")

If you find for defendant on the defendants' malicious prosecution counter-claim, the court will determine appropriate damages.

DATED this **27** day of October, 2011.

_____ *Matthew I. Brookshier* _____
Foreperson

VERDICT FORM - 2