# United States District Court

WESTERN DISTRICT OF WASHINGTON

KIM DIANE KOENIG  

JUDGMENT IN A CIVIL CASE

v.

CITY OF BAINBRIDGE ISLAND, BAINBRIDGE ISLAND POLICE DEPARTMENT, STEVEN CAIN

CASE NUMBER: C10-5700RJB

__X__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict:

Judgment is entered for Defendant Cain on Plaintiff's Section 1983 claim, and for Defendants on Plaintiff's assault and battery claim and false arrest claim. Judgment is entered for Plaintiff on Defendants' malicious prosecution counter-claim.

October 31, 2011

WILLIAM McCOOL  
Clerk

/s/ Dara L. Kaleel  
By Dara L. Kaleel, Deputy Clerk